UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARNOLD HANDY, ET AL

    Plaintiffs,

V.                                          CIVIL ACTION NO.
                                            3:02CV2135 (WWE)

SHORELINE MOTORS CORP., ET AL

    Defendants.                         AUGUST 6, 2003

## STIPULATION FOR DISMISSAL

The plaintiffs through their attorney Bernard T. Kennedy and the defendant Mitsubishi Motor Credit of America, Inc. through its attorney David Bizar stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFFS

BY /s/ B.T. Kennedy
Bernard T. Kennedy
49 Rose Street, #301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680

DATE: 10-31-03    MITSUBISHI MOTOR CREDIT
OF AMERICA, INC.

By _____
David Bizar, Esq.

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 31st, day of October ~~August~~ 2003, via United States Mail, postage prepaid to:

Bernard T. Kennedy, Esq.
49 Rose Street, #301
Branford, CT 06405

_____
David Bizar, Esq.