O 2cV2135 stipdismiss

31

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ARNOLD HANDY, ET AL

    Plaintiffs,

V.                                                        CIVIL ACTION NO.
                                            3:02CV2135 (WWE)

SHORELINE MOTORS CORP., ET AL

    Defendants.                              AUGUST 6, 2003

## STIPULATION FOR DISMISSAL

The plaintiffs through their attorney Bernard T. Kennedy and the defendant

Mitsubishi Motor Credit of America, Inc. through its attorney David Bizar

stipulate that the claims in the above-entitled action shall be dismissed with

prejudice and without costs, subject to approval of the Court.

*APPROVED and SO ORDERED*

*Warren W. E...*
*Bridgeport, CT 11/1/03*

FILED
2003 NOV 20 P 3: 02
US DISTRICT COURT
BRIDGEPORT CT

THE PLAINTIFFS

BY _____
Bernard T. Kennedy
49 Rose Street, #301
Branford, CT 06405
(203) 481-1322
Fed. Bar # ct00680